

CPChem
6

Source: https://www.boem.gov/sites/default/files/documents/newsroom/Operations-Field-Directory.pdf

Removal Exhibit B