United States District Court
Southern District of Texas
**ENTERED**
April 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT LYNN PATTERSON, SR. AND ROSEMARY PATTERSON, Plaintiffs, | § § § § | |
| VS. | § § | Civil Action No. 4:25-cv-05715 |
| BAKER HUGHES OILFIELD OPERATIONS, INC., et al., Defendants. | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 3, 2026, all pretrial matters in this case were referred to United States Magistrate Judge Peter Bray under 28 U.S.C. § 636(b)(1). (Dkt. 22). Judge Bray filed a *Memorandum and Recommendation* on April 1, 2026, recommending that Plaintiffs' Motion to Sever and Remand (Dkt. 16) be granted. (Dkt. 28).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)    Judge Bray's *Memorandum and Recommendation* (Dkt. 28) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2)    Plaintiffs' Motion to Sever and Remand (Dkt. 16) is **GRANTED**;

(3)     The Jones Act claims are **SEVERED** and **REMANDED** to the 234th Judicial District Court of Harris County.


It is so **ORDERED**.


SIGNED at Houston, Texas on April 17, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE